UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

SKY GLOBAL LLC,

        Plaintiff,

- against -

WILLIAM NOBLE
And
WILLIAM NOBLE RARE JEWELS, LP,

        Defendants.

Civil Action No. _____

NOTICE OF FILING OF NOTICE OF REMOVAL

Erie County

Index No. 806234/2018

---

    PLEASE TAKE NOTICE that Removing Parties, William Noble and William Noble Rare Jewels LP, Defendants in this action, have filed a Notice of Removal of this action from the Supreme Court of the State of New York, County of Erie to the United States District Court for the Western District of New York. A copy of the Notice of Removal, dated June 1, 2018, which was filed in the Office of the Clerk for the United States District Court for the Western District of New York on June 1, 2018, is attached.

Dated: *June 1, 2018*

                                  Respectfully submitted,

                                  *Jason H. Friedman*
                                  State Bar No. 5425822
                                  jhfriedman@fflawoffice.com

                                  Friedman & Feiger, LLP
                                  5301 Spring Valley Road, Suite 200
                                  Dallas, Texas 75254
                                  p. 972.788.1400
                                  f. 972.788.2667

                                  Attorney for Defendants

TO:
CLERK OF THE SUPREME COURT
OF THE STATE OF NEW YORK,
COUNTY OF ERIE

*Amanda L. Lowe, Esq.*
*125 Main Street*
*Buffalo, New York 14203-2887*
Attorney for Plaintiff
*[Copy of Notice of Removal Attached]*

## CERTIFICATE OF SERVICE

    I certify that on June 1, 2018, I did serve a true copy of the *attached* Notice of Filing of Notice of Removal together with a copy of the Notice of Removal mentioned in such Notice of Filing of Notice of Removal, on *Amanda L. Lowe, Esq.* attorney of record for Plaintiff, *Sky Global, LLC*, in the above-entitled action, by ECF, email and causing such documents to be placed in the United States Mail, first-class postage prepaid, sealed, and addressed to *125 Main Street, Buffalo, New York 14203-2887*.

Dated: *June 1, 2018*

_____
*Jason H. Friedman*