# EXHIBIT A-1

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

SKY GLOBAL LLC
4476 Main Street, Suite 104
Amherst, New York 14226,

                        Plaintiff,

v.

WILLIAM NOBLE
54 Highland Park Village
Dallas, Texas 75205,

and

WILLIAM NOBLE RARE JEWELS LP
54 Highland Park Village
Dallas, Texas 75205,

                        Defendants.

**SUMMONS**

Index No.

---

**TO THE ABOVE-NAMED DEFENDANTS:**

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer upon plaintiff's attorney at the address stated below within twenty (20) days after the personal service of this summons, exclusive of the day of service (or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

      Plaintiff designates Erie County as the place of trial. The basis of venue is Plaintiff's residence.

DATED: Buffalo, New York
April 19, 2018

PHILLIPS LYTLE LLP

By  *[signature]*
Amanda L. Lowe, Esq.
Attorneys for Plaintiff
*Sky Global LLC*
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
alowe@phillipslytle.com

Doc #01-3115187