# EXHIBIT A-3

# Exhibit A

**SKY GLOBAL LLC**

4476 Main Street
Suite 104
Amherst, NY 14226
RYAN@Skyglobaljewelers.com

# INVOICE

**BILL TO**

William Noble
William Noble Rare Jewels
Bill Noble
54 Highland Park Villiage
Dallas, TX 75205
(214) 526-3890

**INVOICE #** 2518
**DATE** 10/09/2017
**DUE DATE** 10/09/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Diamond**<br>Diamond 7.07ct Oval cut diamond ring. E Color, SI2. GIA Certificate # 16443234. | 1 | 105,000.00 | 105,000.00 |
| **Misc**<br>20% extremely overdue late fees on balance remaning 2/7/18 | 1 | 1,000.00 | 1,000.00 |
| **Misc**<br>20% extremely overdue late fees on balance remaining 3/9/18 | 1 | 1,000.00 | 1,000.00 |

| | | |
|---|---|---|
| 1st payment is due by November 30, 2017 | PAYMENT | 100,000.00 |
| 2nd payment is due no later then December 24, 2017 | BALANCE DUE | **$7,000.00** |

FINAL SALE

**SKY GLOBAL LLC**

4476 Main Street

Suite 104

Amherst, NY 14226

RYAN@Skyglobaljewelers.com

# INVOICE

| | |
|---|---|
| **BILL TO** | **INVOICE #** 2568 |
| William Noble | **DATE** 11/13/2017 |
| William Noble Rare Jewels | **DUE DATE** 11/13/2017 |
| Bill Noble | **TERMS** Due on receipt |
| 54 Highland Park Villiage | |
| Dallas, TX 75205 | |
| (214) 526-3890 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Necklace**<br>1.) Buccellati Necklace - Gold Leafs with Pearls. (with Box)<br>2.) Buccellati Necklace (with box) - 18K Gold. MY COST.<br>(Two necklaces total) | | 35,000.00 | 35,000.00 |
| **Shipping**<br>Shipping and Handling | 1 | 75.00 | 75.00 |
| **Misc**<br>20% Extremely overdue late fees on balance remaining<br>2/7/18 | 1 | 3,515.00 | 3,515.00 |
| **Misc**<br>20% Extremely overdue late fees on balance remaining<br>3/9/18 | 1 | 3,515.00 | 3,515.00 |

These are my costs. Please send check or wire for half the cost.
SPLIT PROFIT ON SALE.

| | |
|---|---|
| PAYMENT | 17,500.00 |
| BALANCE DUE | **$24,605.00** |

FINAL SALE

**SKY GLOBAL LLC**
4476 Main Street
Suite 104
Amherst, NY 14226
RYAN@Skyglobaljewelers.com

# INVOICE

**BILL TO**
William Noble
William Noble Rare Jewels
Bill Noble
54 Highland Park Villiage
Dallas, TX 75205
(214) 526-3890

**INVOICE #** 2602
**DATE** 12/07/2017
**DUE DATE** 12/07/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Cartier**<br>CARTIER Love Bracelet. Yellow Gold. Size 17. | 1 | 5,871.00 | 5,871.00 |
| **Misc**<br>20% Extremely overdue late fees - 2/7/17 | 1 | 1,174.20 | 1,174.20 |
| **Misc**<br>20% Extremely overdue late fees - 3/9/18 | 1 | 1,174.20 | 1,174.20 |

FINAL SALE                    BALANCE DUE                **$8,219.40**

**SKY GLOBAL LLC**

4476 Main Street
Suite 104
Amherst, NY  14226
RYAN@Skyglobaljewelers.com

# INVOICE

**BILL TO**

William Noble
William Noble Rare Jewels
Bill Noble
54 Highland Park Villiage
Dallas, TX 75205
(214)  526-3890

**INVOICE #** 2612
**DATE** 12/15/2017
**DUE DATE** 12/15/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Cartier** CARTIER Small Rose Gold Love Bracelet with diamonds. Serial # DTD256 Retail:$24,900.00 | 1 | 23,655.00 | 23,655.00 |
| **Cartier** CARTIER Small White Gold Love Bracelet with diamonds. Serial # DTP415.  Retail: $26,700.00 | 1 | 25,365.00 | 25,365.00 |
| **Shipping** Shipping and Handling | 1 | 155.00 | 155.00 |
| **Misc** 20% Extremely overdue late fees 2/7/18 | 1 | 9,835.00 | 9,835.00 |
| **Misc** 20% Extremely overdue late fees 3/9/18 on balance remaining | 1 | 1,802.00 | 1,802.00 |

FINAL SALE

| PAYMENT | 50,000.00 |
|---|---|
| BALANCE DUE | **$10,812.00** |

**SKY GLOBAL LLC**

4476 Main Street
Suite 104
Amherst, NY 14226
RYAN@Skyglobaljewelers.com

# INVOICE

| **BILL TO** | |
|---|---|
| William Noble | **INVOICE #** 2585 |
| William Noble Rare Jewels | **DATE** 11/21/2017 |
| Bill Noble | **DUE DATE** 11/21/2017 |
| 54 Highland Park Villiage | **TERMS** Due on receipt |
| Dallas, TX 75205 | |
| (214) 526-3890 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Jewelry**<br>Jewelry Items | 1 | 165,000.00 | 165,000.00 |
| **Misc**<br>Additional amount due for late over 3 weeks.12/27/17 | 1 | 15,000.00 | 15,000.00 |
| **Misc**<br>Additional amount due for late over 2 months. 1/31/18 | 1 | 16,500.00 | 16,500.00 |
| **Misc**<br>Additional amount due for late over 4 months 3/9/18 | 1 | 16,500.00 | 16,500.00 |

Must have wire by Friday December 1, 2017.      **BALANCE DUE**      **$213,000.00**

**SKY GLOBAL LLC**
4476 Main Street
Suite 104
Amherst, NY  14226
RYAN@Skyglobaljewelers.com

# INVOICE

| **BILL TO** | |
|---|---|
| William Noble | |
| William Noble Rare Jewels | |
| Bill Noble | |
| 54 Highland Park Villiage | |
| Dallas, TX 75205 | |
| (214)  526-3890 | |

**INVOICE #** 2586
**DATE** 11/21/2017
**DUE DATE** 11/21/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Jewelry**<br>Jewelry items | 1 | 165,000.00 | 165,000.00 |
| **Misc**<br>Additional amount due for over 3 weeks.12/27/17 | 1 | 15,000.00 | 15,000.00 |
| **Misc**<br>Additional amount due for over 2 months. 1/31/18 | 1 | 16,500.00 | 16,500.00 |
| **Misc**<br>Additional amount due for over 3 months late 3/9/18 | 1 | 16,500.00 | 16,500.00 |

MUST HAVE WIRE BY FRIDAY, DECEMBER 1st, 2017       **BALANCE DUE**       **$213,000.00**

INDEX NO. 806234/2018
RECEIVED NYSCEF: 04/19/2018

**SKY GLOBAL LLC**

4476 Main Street
Suite 104
Amherst, NY  14226
RYAN@Skyglobaljewelers.com

# INVOICE

| | |
|---|---|
| **BILL TO** | **INVOICE #** 2640 |
| William Noble | **DATE** 01/11/2018 |
| William Noble Rare Jewels | **DUE DATE** 01/11/2018 |
| Bill Noble | **TERMS** Due on receipt |
| 54 Highland Park Villiage | |
| Dallas, TX 75205 | |
| (214) 526-3890 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Cartier**<br>CARTIER 18K Yellow Gold Love Bracelet. Size 18. Serial FJA568. Retail: $6,300.00 | 1 | 5,796.00 | 5,796.00 |
| **Shipping**<br>Shipping and Handling | 1 | 60.00 | 60.00 |
| **Misc**<br>10% late fee for 30 days overdue. 2/12/18 | 1 | 579.60 | 579.60 |
| **Misc**<br>20% late fees for almost 60 days overdue. 3/9/18 | 1 | 1,159.20 | 1,159.20 |

FINAL SALE                     BALANCE DUE              **$7,594.80**

**SKY GLOBAL LLC**
4476 Main Street
Suite 104
Amherst, NY 14226
RYAN@Skyglobaljewelers.com

# INVOICE

| **BILL TO** | | **INVOICE #** 2656 |
| --- | --- | --- |
| William Noble | | **DATE** 02/01/2018 |
| William Noble Rare Jewels | | **DUE DATE** 02/01/2018 |
| Bill Noble | | **TERMS** Due on receipt |
| 54 Highland Park Villiage | | |
| Dallas, TX 75205 | | |
| (214) 526-3890 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **Cartier**<br>CARTIER - 18k white gold baby love earrings. Serial # FFZ953. | 1 | 1,738.80 | 1,738.80 |
| **Cartier**<br>CARTIER - 18k yellow gold baby love earrings. Serial # EEO325. | 1 | 1,628.40 | 1,628.40 |
| **Shipping**<br>Shipping and Handling | 1 | 60.00 | 60.00 |
| **Misc**<br>20% late fees for overdue. 3/9/18 | 1 | 673.44 | 673.44 |

FINAL SALE

**BALANCE DUE** **$4,100.64**